52 F.3d 314
 Robert B. Currier, d/b/a Ike's Double Header v. Borough of
Norristown, Joseph J. Pizonka, Attorney for
Borough of Norristown, Joseph
V.
Gillespie, Catherine Heslin, Fred Hill, Shirley Miller,
Michael Rotz, Members of Norristown Zoning Board, Michael C.
Shields, Solicitor for Norristown Zoning Board, Judith S.
Memberg, Director of Planning/Zoning Officer for Borough of
Norristown, Samuel W. Salus, II, Honorable, Judge of Court
of Common Pleas, Montgomery County, PA
 NO. 94-1794
 United States Court of Appeals,
Third Circuit.
 Mar 07, 1995
 
 Appeal From: E.D.Pa., No. 94-cv-04613,
 McGlynn, J.
 
 
 1
 AFFIRMED.